## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ELLAINA FAISON | ) | Civil Action No. 1:24-cv-556 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DEFENDANT'S MOTION FOR AN** |
| | ) | **EXTENSION OF TIME TO DESIGNATE** |
| LABORATORY CORPORATION OF | ) | **A MEDIATOR IN THIS ACTON** |
| AMERICA HOLDINGS, doing business as | ) | |
| LabCorp, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Local Civil Rule 6.1(a) and Federal Rule of Civil Procedure Rule 6(b), Defendant, Laboratory Corporation of America Holdings ("**Defendant**"), by and through its undersigned counsel, respectfully moves this Court for an extension of time for the parties to designate a mediator, from September 5, 2024 (*see* August 14, 2024 Text Order), to and including September 19, 2024. Defendant requests this short, two-week extension of time because, despite multiple attempts to correspond with Plaintiff's counsel on this issue, as of the date of this motion, Plaintiff's counsel has been unresponsive to Defendant's correspondence. Defendant hopes that a short extension of time will afford the parties with the time needed to discuss and agree upon a mediator. This is Defendant's first such extension request.

**[SIGNATURE ON FOLLOWING PAGE]**

320232142.1

This 5th day of September, 2024

Respectfully submitted,

*/s/ David C. Lindsay*
David C. Lindsay
North Carolina State Bar No. 24380
Cecilia R. Ehresman
*Admitted by Special Appearance*
K&L Gates LLP
301 Hillsborough Street
Suite 1200
Raleigh, NC 27603
Telephone: (919) 743-7304
E-mail: david.lindsay@klgates.com
E-mail: cecilia.ehresman@klgates.com

*Attorneys for Defendant*
*Laboratory Corporation of America Holdings*

cc:     All counsel of record (via ECF)

320232142.1