IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ELLAINA FAISON ) | |
| ) | **ORDER APPOINTING MEDIATOR** |
| v. ) | 1:24CV556 |
| ) | |
| LABORATORY CORPORATION OF ) | |
| AMERICA HOLDINGS ) | |

It appearing to the Court that the procedure for selection of a mediator set out in Local Rule 83.9d(b) has been followed in this case, and that PATRICIA L. HOLLAND has been designated as mediator;

IT IS ORDERED, pursuant Local Rule 83.9d(b), that PATRICIA L. HOLLAND, is appointed mediator in the above-entitled action.

IT IS FURTHER ORDERED, pursuant to Local Rule 83.9e(b), that the mediator shall confer with the parties regarding scheduling of the mediated settlement conference, determine the place and time of the conference, and give notice to the parties.

FURTHER, when the mediated settlement conference is completed, the mediator shall submit the Report of Mediator to the Clerk, pursuant to Local Rule 83.9f.

Let copies of this order be sent to counsel for the parties and to the mediator.

This, the 29th day of October, 2024.

/s/ John S. Brubaker
John S. Brubaker
Clerk, U. S. District Court